# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ADAM FOUNTAIN,**

    **Plaintiff,**                     Case No.:

v.

**ONSITE EMPLOYEE LEASING,**
**INC., d/b/a ONSITE BUSINESS**
**SERVICES, INC.**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION
**(State Court Case No.: 2024-CA-000135-O)**

Defendant, ONSITE EMPLOYEE LEASING, INC. d/b/a ONSITE BUSINESS SERVICES, INC. (hereinafter "Defendant"), pursuant to M.D. Loc. R. 1.06 and 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby gives notice of the removal of the above-styled action filed by Plaintiff, ADAM FOUNTAIN (hereinafter "Plaintiff"), from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to this United States District Court, for the Middle District of Florida, Orlando Division. Defendant respectfully submits the following short and plain statement of the grounds for removal, in accordance with 28 U.S.C. § 1446(a) as follows:

## State Court Action

1. On January 5, 2024, Plaintiff filed a Complaint against Defendant in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 2024-CA-000135-O (the "State Court Action").  Ex. 1.

2. On January 26, 2024, Plaintiff served Defendant with a Summons and a copy of the Complaint in the State Court Action.   Composite Ex. 3.

3. Plaintiff's Complaint asserts two counts against Defendant for alleged violations of the Fair Credit Reporting Act ("FCRA") including: (i) Failure to Make Proper Disclosure in Violation of FCRA, 15 U.S.C. § 1681b(b)(2)(a)(i); and (ii) Failure to Obtain Proper Authorization in Violation of FCRA, 15 U.S.C. § 1681b(b)(2)(a)(ii).

4. True and correct copies of the docket report and all filings made to date in the State Court Action are attached hereto as Exhibits 1 through 3 and include:

| Ex. # | Date Filed with State Court: | Document: |
|---|---|---|
| 1 | 01/05/2024 | State Court Complaint |
| 2 | 02/14/2024 | State Court Docket Sheet |
| Composite 3 | 01/05/2024 | **State Court Other Documents** Form 1.997 Civil Cover Sheet |

|  | 01/05/2024 | (Standing Case Management Plan/Order (General Track; |
|---|---|---|
|  | 01/05/2024 | Notice of Designation of E-Mail Addresses for Service of Court Documents; |
|  | 01/08/2024 | Summons Issued to Onsite Employee Leasing, Inc. d/b/a Onsite Business Services, Inc.; and |
|  | 01/30/2024 | Return of Service of Process on Onsite Employee Leasing, Inc.) |

5. Additionally, Civil Cover Sheet (JS44) is attached as Exhibit 4.

6. After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on counsel for the Plaintiff and file the same with the Clerk of the Ninth Judicial Circuit in and for Orange County, Florida in accordance with 28 U.S.C. §1446(d).

## Jurisdiction

7. This Court has original jurisdiction over civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 1331.

8. Count I of Plaintiff's Complaint is brought under 15 U.S.C. § 1681b(b)(2)(a)(i) for Failure to Make Proper Disclosure in Violation of FCRA and Count II is brought under 15 U.S.C. § 1681b(b)(2)(a)(ii) for Failure to Obtain Proper Authorization in Violation of FCRA. Accordingly, this Court has original jurisdiction over this action.

9. Venue is proper in this Court under 28 U.S.C. § 1391(b), 1441(a).

## Timeliness of Removal

10. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely as it is filed within thirty (30) days of the service of the Summons and Complaint.

11. Appropriate notice is being given to Plaintiff, by way of his counsel, and the state court regarding the removal of this action under 28 U.S.C. § 1446(d).

## Response and Outstanding Motions

12. Defendant has not yet answered or otherwise responded to the Plaintiff's Complaint, and Defendant's response is not yet due. Defendant's response to Plaintiff's Complaint is due seven (7) days after the filing of this Notice for Removal in accordance with the time periods allotted for in Fed. R. Civ. P. 81(c)(2)(C).

## Requested Relief

**WHEREFORE**, Defendant respectfully requests that this Court assume jurisdiction over this action and grant any other relief deemed just and proper.

Respectfully submitted this 19th day of February, 2024.

>  */s/Sarah. P.L. Reiner*
> SARAH P.L. REINER, ESQ.
> Lead Trial Counsel
> Florida Bar No.: 520195
> sarah.reiner@gray-robinson.com
> JULIE M. ZOLTY, ESQ.
> Florida Bar No.: 1036454
> julie.zolty@gray-robinson.com

4

GRAYROBINSON, P.A.<br>
301 E. Pine Street, Suite 1400<br>
Orlando, FL 32801-3068<br>
Telephone: (407) 843–8880<br>
Fax: (407) 244–5690<br>
Secondary E-mail Address:<br>
roseann.foster@gray-robinson.com<br>
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and also served by electronic transmission to the following: Amanda E. Heystek, Esq. WENZEL FENTON CABASSA P.A., Attorneys for Plaintiff, 1110 N. Florida Ave., Suite 300, Tampa, FL 33602 (lcabassa@wfclaw.com; bhill@wfclaw.com; aheystek@wfclaw.com; and gdesane@wfclaw.com).

*/s/Sarah. P.L. Reiner*
SARAH P.L. REINER, ESQ.

#52822725 v1