

## Orange County Clerk - Court Records Search

### 2024-CA-000135-O : FOUNTAIN, ADAMvs.ONSITE EMPLOYEE LEASING INC

| | | | |
|---|---|---|---|
| Case Type: | CA - Discrimination - Employment or Other | Date Filed: | 1/5/2024 |
| Location: | Div 33 | UCN: | 482024CA000135A001OX |
| Judge: | Patricia L Strowbridge | Status: | Pending |
| Citation Number: | CA - Discrimination - Employment or Other | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| ADAM FOUNTAIN | Plaintiff | AMANDA HEYSTEK | 813-579-2483 |
| ONSITE EMPLOYEE LEASING INC ONSITE BUSINESS SERVICES, INC. DBA | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 1/30/2024 | Return of Service of Summons | 1 |
| | Comments: ONSITE EMPLOYEE LEASING INC-SERVED | |
| 1/8/2024 | Summons Issued Electronically as to | 2 |
| | Comments: EMAILED THE ATTORNEY | |
| 1/5/2024 | Notice of Designation of Email Address | 2 |
| 1/5/2024 | General Standing Case Management Plan/Order | 3 |
| 1/5/2024 | Complaint | 22 |
| 1/5/2024 | Civil Cover Sheet | 3 |
| 1/5/2024 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 1/5/2024 | Transaction Assessment | | 410.00 |
| 1/5/2024 | Payment | Wenzel Fenton Cabassa, P.A. | -410.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

**EXHIBIT 2**

| Warrants | | | | | | |
|---|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |