## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDODIVISION

**ADAM FOUNTAIN,**

    **Plaintiff,**

**v.**                                        **CASE NO:  6:24-cv-355-PGB-DCI**

**ONSITE EMPLOYEE LEASING, INC.**
**d/b/a ONSITE BUSINESS SERVICES, INC.**

    **Defendant.**

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09 Plaintiff, ADAM FOUNTAIN, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, ONSITE EMPLOYEE LEASING, INC., d/b/a ONSITE BUSINESS SERVICES, INC., has been settled.

Dated this 14th day of May, 2024.


Respectfully submitted,


*/s/ Amanda E. Heystek*
**LUIS A. CABASSA**
Florida Bar Number: 053643
**BRANDON J. HILL**
Florida Bar Number: 37061
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431

Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: bhill@wfclaw.com
Email: aheystek@wfclaw.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of April, 2024, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Sarah P. L. Reiner, Esq.
Julie M. Zolty, Esq.
Gray Robinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801
Email: sara.reiner@gray-robinson.com
Email: Julie.zolty@gray-robinson.com
Email: roseann.foster@gray-robinson.com

*/s/ Amanda E. Heystek*
**AMANDA E. HEYSTEK**

2